UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWYERS COMMITTEE FOR 9/11 INQUIRY, INC., and RICHARD GAGE,<br><br>　　　　　　　　Plaintiffs,<br><br>　- against -<br><br>WILLIAM P. BARR, Attorney General of the United States, GEOFFREY BERMAN, United States Attorney for the Southern District of New York, and U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　　　　Defendants. | **ORDER**<br><br>19 Civ. 8312 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

　　　　It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **February 28, 2020**;

2. Plaintiffs' opposition is due on **March 6, 2020**; and

3. Defendants' reply, if any, is due on **March 20, 2020**.

Dated: New York, New York
　　　　February 13, 2020

　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　　　United States District Judge