UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **LAWYERS' COMMITTEE FOR 9/11 INQUIRY, INC.; AND RICHARD GAGE.** | ) ) ) | |
| **Plaintiffs.** | ) ) | |
| v. | ) ) | Case No. 1:19-cv-08312 |
| **WILLIAM P. BARR, ATTORNEY GENERAL OF THE UNITED STATES; UNITED STATES DEPARTMENT OF JUSTICE; AND GEOFFREY BERMAN, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK.** | ) ) ) ) ) ) ) | **ORDER MODIFYING BRIEFING SCHEDULE** |
| **Defendants.** | ) | |

**IT IS HEREBY ORDERED,** pursuant to the stipulation of the parties, that Plaintiffs' Response to Defendants' Motion to Dismiss shall be filed on or before March 23, 2020, and Defendants' Reply shall be filed on or before April 6, 2020

Dated: _____   _____
                                           Paul G. Gardephe
                                           United States District Judge