UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAWYERS' COMMITTEE FOR 9/11 INQUIRY, INC.; AND RICHARD GAGE.<br><br>　　　　**Plaintiffs.**<br><br>v.<br><br>WILLIAM P. BARR, ATTORNEY GENERAL OF THE UNITED STATES; UNITED STATES DEPARTMENT OF JUSTICE; AND GEOFFREY BERMAN, UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF NEW YORK.<br><br>　　　　**Defendants.** | Case No. 1:19-cv-08312<br><br>ORDER SETTING<br>BRIEFING SCHEDULE |

Having considered the unopposed proposed briefing schedule submitted by Plaintiffs, **IT IS HEREBY ORDERED** that:

　　A.　Defendants' Motion to Dismiss the First Amended Complaint shall be served on or before April 3, 2020;

　　B.　Plaintiffs' Response shall be served on or before April 24, 2020; and

　　C.　Any Reply by Defendants shall be served on or before May 8, 2020.

Dated: March 31, 2020

　　　　　　　　　　　　　　　　　　　　　　_/s/ Paul G. Gardephe_
　　　　　　　　　　　　　　　　　　　　　　Paul G. Gardephe
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1