UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWYERS COMMITTEE FOR 9/11
INQUIRY, INC., and RICHARD GAGE,

                Plaintiffs,

- against -

WILLIAM P. BARR, Attorney General of the
United States, GEOFFREY BERMAN, United
States Attorney for the Southern District of
New York, and U.S. DEPARTMENT OF
JUSTICE,

                Defendants.

**ORDER**

19 Civ. 8312 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss Plaintiffs' amended complaint:

1. Defendants' motion is due on **May 1, 2020**;

2. Plaintiffs' opposition is due on **June 5, 2020**; and

3. Defendants' reply, if any, is due on **June 19, 2020**.

Dated: New York, New York
       April 5, 2020

SO ORDERED.

*Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge