UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWYERS COMMITTEE FOR 9/11
INQUIRY, INC., and RICHARD GAGE,

           Plaintiffs,

- against -

WILLIAM P. BARR, Attorney General of the United States, GEOFFREY BERMAN, United States Attorney for the Southern District of New York, and U.S. DEPARTMENT OF JUSTICE,

           Defendants.

**ORDER**

19 Civ. 8312 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the April 5, 2020 order setting a briefing schedule, Dkt. No. 25, is vacated. It is further ORDERED that the briefing schedule laid out in the March 31, 2020 order setting a briefing schedule, Dkt. No. 24, is reinstated:

1. Defendants' motion to dismiss the first amended complaint shall be served on or before **April 3, 2020**;
2. Plaintiffs' response shall be served on or before **April 24, 2020**; and
3. Any reply by Defendants shall be served on or before **May 8, 2020**.

Dated: New York, New York
       April 7, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge