UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LAWYERS COMMITTEE FOR 9/11
INQUIRY, INC.; ARCHITECTS AND
ENGINEERS FOR 9/11 TRUTH; JEANNE
EVANS; RICHARD GAGE;
COMISSIONER CHRISTOPHER GIOIA;
DIANA HETZEL; ROBERT
MCILVAINE; and MICHAEL J.
O'KELLY,

                              Plaintiffs,

      -against-                                  19 **CIVIL** 8312 (PGG)

# JUDGMENT

WILLIAM P. BARR, Attorney General of
the United States, GEOFFREY
BERMAN, United States Attorney for the
Southern District of New York, and U.S.
DEPARTMENT OF JUSTICE,

                              Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 24, 2021, Defendants' motion to dismiss (Dkt. No. 28) is granted; accordingly, this case is closed.

**Dated:**  New York, New York
         March 24, 2021

                                                   **RUBY J. KRAJICK**
                                                   **Clerk of Court**
                                    **BY:**
                                                     **Deputy Clerk**